UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| ROSE M. HEMBROOK, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | No. 2:20-cv-00058 |
|   | ) |   |
| DONALD SEIBER, | ) |   |
|   | ) |   |
| Defendant. | ) |   |

## ORDER

The Court is receipt of a Report and Recommendations (Doc. No. 40) from the Magistrate Judge recommending that Donald Seiber's unopposed Motion for Summary Judgment (Doc. No. 29) in this Section 1983 action be granted. No objections have been filed to the Report and Recommendation and the time for doing so has passed. Having considered the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the Report and Recommendation and rules as follows:

(1) The Report and Recommendation (Doc. No. 40) is **ACCEPTED** and **APPROVED**;

(2) Defendant's Motion for Summary Judgment (Doc. No. 29) is **GRANTED**; and

(3) This case is **DISMISSED WITH PREJUDICE**.

In accordance with Rule 58, the Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE